AO 440 (Rev. 06/12) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **MARIAN ZWIERZYNSKI** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **9/5/2019 11:09:29 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JOSEPH LUCOSKY

Place where served:

C/O LUCOSKY BROOKMAN  101 WOOD AVE SOUTH, 5TH FLOOR  WOODBRIDGE  NJ  07095

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SETH BROOKMAN

Relationship to defendant  **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M     AGE: 36-50     HEIGHT: 5'9"-6'0"     WEIGHT: 161-200 LBS.     SKIN: WHITE     HAIR: BLACK     OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9 / 6 / 20 19                                                                                      L.S.

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | ROBERT T. TRAUTMANN, ESQ. |
| PLAINTIFF: | RLJ PARTNERS, ET AL |
| DEFENDANT: | JEFFREY BEVERLY, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 19 CV 08589 MCA LDW |
| COMMENT: | |

KIMBERLY GROTE
NOTARY PUBLIC
KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023