Case 2:19-cv-08589-MCA-LDW Document 21 Filed 11/06/19 Page 1 of 1 PageID: 128

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RLJ PARTNERS, A PARTNERSHIP; LW ASSOCIATES, A SOLE PROPRIETORSHIP; JTW GROW SERVICES A SOLE PROPRIETORSHIP; OTIS FUND, A PARTNERSHIP; JOSHUA WEXLER; RACHEL WEXLER; ROSE WEXLER; AND JAMES LOURES, JR.; EACH DERIVATIVELY, AS SHAREHOLEDERS, ON BEHALF OF GROW SOLUTIONS HOLDINGS, INC.<br><br>Plaintiffs<br><br>vs.<br><br>JEFFREY BEVERLY; HOWARD KARASIK; LESLIE BOCSKOR; WILLIAM HAYDE; PETER SEN LAU; GROW SOLUTIONS HOLDINGS, LLC; CECELIA SOH; JOSEPH LUCOSKY; LUCOSKY BOOKMAN; BUCKMAN BUCKMAN, & REID; NETWORK 1 FINANCIAL SECURITIES INC.; DOES 1-20 and ROW CORPORATIONS I-XX, inclusive,<br><br>Defendants<br><br>And<br><br>GROW SOLUTIONS HOLDINGS, INC.<br>Nominal Defendant | Civil Action No. **2:19-cv-8589**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO NETWORK 1 FINANCIAL SECURITIES INC. ONLY** |

The Plaintiffs hereby dismiss the above matter without prejudice as to Defendant Network 1 Financial Services, Inc. ONLY.

Date: November 6, 2019

By: /s/ Robert T. Trautmann
Robert T. Trautmann, Esq. (037562005)
THE TRAUTMANN FIRM
50 U.S. Highway 9 North, Building 3
Morganville, NJ 07751
(908) 770-4915
Attorney for Plaintiffs

THE TRAUTMANN FIRM
50 U.S. Highway 9 North,
Building 3
Morganville, NJ 07751
(908) 770-4915

11/7/19 SO ORDERED

Madeline Cox Arleo, U.S.D.J.