UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RLJ PARTNERS, A PARTNERSHIP; LW ASSOCIATES, A SOLE PROPRIETORSHIP; JTW GROW SERVICES A SOLE PROPRIETORSHIP; OTIS FUND, A PARTNERSHIP; JOSHUA WEXLER; RACHEL WEXLER; ROSE WEXLER; AND JAMES LOURES, JR.; EACH DERIVATIVELY, AS SHAREHOLEDERS, ON BEHALF OF GROW SOLUTIONS HOLDINGS, INC.<br><br>    Plaintiffs<br><br>    vs.<br><br>JEFFREY BEVERLY; HOWARD KARASIK; LESLIE BOCSKOR; WILLIAM HAYDE; PETER SEN LAU; GROW SOLUTIONS HOLDINGS, LLC; CECELIA SOH; JOSEPH LUCOSKY; LUCOSKY BOOKMAN; BUCKMAN BUCKMAN, & REID; NETWORK 1 FINANCIAL SECURITIES INC.; DOES 1-20 and ROW CORPORATIONS I-XX, inclusive,<br><br>    Defendants<br><br>    And<br><br>GROW SOLUTIONS HOLDINGS, INC.<br>Nominal Defendant | Civil Action No**. 2:19-cv-8589**<br><br><br><br>**NOTICE OF MOTION TO BE RELIEVED AS COUNSEL** |

TO:  *RLJ Partners*
 *LW Associates*
 *JTW Grow Services*
 *Otis Fund*
 *Joshua Wexler*
 *Rachel Wexler*
 *Rose Wexler*
 36 Stonewall Drive
 Livingston, NJ 07039

THE TRAUTMANN FIRM
50 U.S. Highway 9 North,
Building 3
Morganville, NJ 07751
(908) 770-4915

*James Loures Jr.*
100 Lincoln Avenue
Avon-By-The-Sea, NJ 07717

*Willard C. Shih, Esq.*
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095

**PLEASE TAKE NOTICE** that on Monday, January 6, 2020, the undersigned attorney of record for the Plaintiffs will apply to the above-named Court for an Order granting leave to be relieved as counsel.

In support of the within Notice of Motion, the undersigned will rely upon the annexed Certification and supporting documents.

Date:  November 27, 2019                    By:  /s/ Robert T. Trautmann
                                                  Robert T. Trautmann, Esq. (037562005)
                                                  THE TRAUTMANN FIRM
                                                  50 U.S. Highway 9 North, Building 3
                                                  Morganville, NJ 07751
                                                  (908) 770-4915
                                                  Attorney for Plaintiffs