Victor Wexler
36 Stonewall Drive
Livingston NJ 07039

Hon. Leda Dunn Wettre
50 Walnut Street
Room 4015
Newark NJ 07101

Re: RLJ Partners v Beverly, et, al
Civil Action No: 2:19-cv-8589

February 17, 2020

Hon. Leda Dunn Wettre:

We received your order relieving our counsel in the above matter and to appear by February 21, 2020, with new counsel. We were informed by counsel that he was making the request to withdraw, during the holidays, when we were traveling. We have located counsel that we hope will replace our counsel. Unfortunately we need to retain him and we are trying to put together the necessary funds. We believe we will be able to pay the retainer by April 15 and retain counsel.
 Thank you for your consideration..

Sincerely

*[signature]*
Victor Wexler and Otis Fund

*[signature]*
Rachel Wexler and RLJ Partners

*[signature]*
Rose Wexler

*[signature]*
Leigh Wexler, LW Associates

*[signature]*
Joshua Wexler, and JTW Grow Services

